# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

THOSE CHARACTERS FROM
CLEVELAND, LLC,

      Plaintiff,

v.                                             Case No:   6:25-cv-1621-CEM-LHP

THE INDIVIDUALS,
PARTNERSHIPS, AND
UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

      Defendant

## ORDER

Before the Court is Plaintiff's Motion to Seal Under Local Rule 1.11 and Memorandum of Law in Support.  Doc. No. 20.  The Court previously found good cause to allow Plaintiff to file its *ex parte* motion for temporary restraining order under seal, among other documents.  Doc. Nos. 2, 12, 15.  By the present motion, Plaintiff seeks to file a renewed *ex parte* motion for temporary restraining order under seal, along with supporting exhibits, for the same reasons as the initial motion.  Doc. No. 20.

Based on the representations in the motion, having considered Local Rule 1.11 and the Eleventh Circuit's standards for sealing, and for the same reasons set forth in granting Plaintiff leave to file under seal its initial motion, the Court finds good cause to allow the renewed motion to be filed under temporary seal. *See* Doc. No. 12. Accordingly, it is **ORDERED** that Plaintiff's Motion (Doc. No. 20) is **GRANTED**. Plaintiff shall file under seal as a separate docket entry its renewed *ex parte* motion for temporary restraining order, along with all supporting exhibits. The motion and exhibits shall remain under temporary seal until further Order of the Court.

**DONE** and **ORDERED** in Orlando, Florida on December 5, 2025.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record